UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PUEBLO OF ACOMA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES DEPARTMENT OF<br>HEALTH AND HUMAN SERVICES, *et al.*,<br><br>　　　　　　Defendants. | Civil Action No. 21-253 (BAH)<br><br>Chief Judge Beryl A. Howell |

## TEMPORARY RESTRAINING ORDER

Upon consideration of plaintiff's Motion for Temporary Restraining Order, ECF No. 2, the memorandum and exhibits thereto, defendants' memorandum in opposition, ECF No. 7, and exhibits thereto, and the entire record herein, for the reasons stated at the January 29, 2021 hearing on plaintiff's Motion for Temporary Restraining Order, it is hereby

**ORDERED** that plaintiff's Motion for Temporary Restraining Order, ECF No. 2, is GRANTED; it is further

**ORDERED** that defendants are temporarily prohibited from closing the Acoma-Canoncito-Laguna Hospital or reducing the facility's current services pending the expiration of this temporary restraining order or further order of this Court; it is further

**ORDERED** that, in accordance with Fed. R. Civ. P. 65(b)(2), this temporary restraining order shall remain in effect for 14 days, unless extended for good cause shown; and it is further

**ORDERED** that the parties shall confer and jointly submit to the Court, by 12:00 noon on February 1, 2021, a proposed briefing schedule on plaintiff's Motion for Preliminary Injunction, ECF No. 3, and for the filing of the administrative record.

**SO ORDERED.**

Date: January 29, 2021

_____
BERYL A. HOWELL
Chief Judge