UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PUEBLO OF ACOMA, </br></br> Plaintiff, </br></br> v. </br></br> NORRIS COCHRAN, in his official capacity as Acting Secretary, U.S. Department of Health & Human Services, *et al.*, </br></br> Defendants. | Civil Action No. 21-00253 (BAH) |

## JOINT STATUS REPORT

Plaintiff and Defendants, by and through the undersigned counsel, respectfully submit this status report pursuant to the Court's February 1, 2021 Minute Order, directing the parties to file a schedule for a complete briefing on the temporary injunction and the filing of the administrative record. The parties respectfully request the Court enter the following schedule:

| | |
|---|---|
| February 10, 2021 | Defendants file the administrative record; |
| February 12, 2021 | Plaintiff files any supplement to the administrative record and its motion for preliminary injunction based on the content of the administrative record; |
| February 18, 2021 | Defendants file their response to Plaintiff's motion for preliminary injunction; and |
| February 23, 2021 | Plaintiff files its reply in support of its motion for preliminary injunction. |

Plaintiff has requested a hearing on its motion for a preliminary injunction. Should the Court decide that a hearing is necessary, the parties respectfully request the Court set the hearing for February 25, 2021. A proposed order is attached.

In furtherance of this schedule, pursuant to Rule 65(b)(2) of the Federal Rules of Civil Procedure, Defendants consent to an extension of the Court's January 29, 2021 Temporary Restraining Order to February 28, 2021.[1]

| | |
|---|---|
| Dated: February 2, 2021 | Respectfully Submitted, |
| /s/ Elliott Milhollin | MICHAEL R. SHERWIN |
| Elliott A. Milhollin (DC Bar No. 474322) | Acting United States Attorney |
| Caroline P. Mayhew (DC Bar No. 1011766) | |
| Gregory A. Smith (DC Bar No. 413071) | BRIAN P. HUDAK |
| Hobbs, Straus, Dean & Walker, LLP | Acting Chief, Civil Division |
| 1899 L Street NW, Suite 1200 | |
| Washington, DC 20036 | /s/ Joseph F. Carilli, Jr. |
| 202-822-8282 (Tel.) | JOSEPH F. CARILLI, JR. |
| 202-296-8834 (Fax) | N.H. Bar No. 15311 |
| | Assistant United States Attorney |
| *Counsel for Plaintiff* | Civil Division |
| | 555 4th St. N.W. |
| | Washington, D.C. 20530 |
| | Telephone: (202) 252-2561 |
| | E-mail: joseph.carilli@usdoj.gov |
| | |
| | *Counsel for Defendants* |

---

[1] Defendants consent without waiving their rights to seek relief under Rule 60 or other applicable Federal Rules of Civil Procedure.